COOPER, Respondent, vs. GENERAL CASUALTY COMPANY, Appellant: EELBECK, Impleaded Defendant and Appellant.

For the appellants: *Thorson & Seymour* of Elkhorn.
For the respondent: *Alfred L. Godfrey* of Elkhorn.

*By the Court.*—Judgment affirmed.